# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HERMAN MACKEY, JR., | NO. CV 10-7006 VAP (FMO) |
| Petitioner, | |
| v. | **JUDGMENT** |
| MATTHEW CATE, Secretary of CDCR, | |
| Respondent. | |

IT IS ADJUDGED that the above-captioned action is dismissed without prejudice.

Dated: 9/30, 2010.

VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE